UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OAKCARE MEDICAL GROUP, et al.,<br><br>Defendants. | Case No. 22-cv-05181-HSG<br><br>**ORDER DENYING ADMINSITRATIVE MOTION TO ADVANCE CMC AND HEARING DATE**<br><br>Re: Dkt. No. 57 |

Pending before the Court is Berkeley Insurance Company's administrative motion to advance the date of the initial case management conference and the date of the hearing on the pending motion to stay. (Dkt. No. 57.) The Court **DENIES** the motion. The Court finds Plaintiff's complaint that "[t]his case has been prolonged far too long," Dkt. No. 57 at 4, wholly uncompelling when the undersigned has been assigned to the case for a grand total of approximately one month. Moreover, it appears undisputable that Plaintiff has been on notice of the coverage issue underlying this case for well over a year, yet only chose to file suit in September 2022, around four months ago. *See* Dkt. No. 1 at ¶¶ 9, 54-55, 59. Under these circumstances, there is no compelling basis whatsoever for advancing the hearing on the motion to stay and the case management conference, and those matters will be heard on the Court's next-available hearing date in March as previously ordered.

**IT IS SO ORDERED.**

Dated: 1/11/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge