1  Richard D. Hoffman (SBN 76799)
   Michelle N. Khoury (SBN 307229)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
4  Telephone: 415.957.3000
   Facsimile:  415.957.3001
5  E-mail:    rhoffman@duanemorris.com
              mkhoury@duanemorris.com
6
   Attorneys for Plaintiff
7  BERKLEY INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | BERKLEY INSURANCE COMPANY, a Delaware Corporation, | Case No. 4:22-cv-05181-HSG |
12 | | |
13 | Plaintiff, | **STIPULATION AND ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE (AND RELATED DEADLINES) AND HEARING ON M.S.'S MOTION FOR STAY (AS MODIFIED)** |
14 | v. | |
15 | OAKCARE MEDICAL GROUP, INC., a California Corporation; Amy Kane, a California Resident; Deborah Chong, a California Resident; Meera Sharnoff, a California Resident; EAST BAY MEDICAL GROUP, INC. f/k/a ALAMEDA HEALTH PARTNERS, INC., a California Non-Profit Corporation; ALAMEDA HEALTH SYSTEM FOUNDATION a/k/a ALAMEDA HEALTH SYSTEM, a California Non-Profit Corporation, | |
16 | | |
17 | | |
18 | | |
19 | | Judge:    Hon. Haywood S. Gilliam, Jr. |
20 | Defendants. | Complaint Filed:    September 12, 2022 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Berkley Insurance Company ("Berkley") and Defendants Amy Kane, M.S., East Bay Medical Group, Inc. ("EBMG") and Alameda Health System ("AHS") (together, the "Parties")[1] hereby stipulate and jointly request the Court to continue the Initial Case Management Conference ("ICMC") and all related deadlines, as well as the hearing on M.S.'s pending motion for stay (both currently set for March 30, 2023), by approximately 45 days. As is set forth below, good cause exists for continuing the ICMC and all related deadlines, as well as the hearing on the pending motion for stay, in that (i) the claims of M.S. against EBMG, AHS and OakCare in her state court action were resolved on March 9, 2023 subject to final documentation of the resolution, which is in the process of occurring and (ii) M.S. will be dismissed from this Action upon finalization of the resolution of her claims against EBMG, AHS and OakCare in her state court action. Many of the issues currently existing in this Action will be rendered moot by the resolution, and the issues which remain will likely be markedly different when the resolution of M.S.'s claims are finalized and she is dismissed from this Action.

## BACKGROUND

Berkley initiated this matter on September 12, 2022. The following day, the Court issued an Order setting the ICMC for December 21, 2022, and related deadlines. (Dkt. 10.)

The Parties previously stipulated to continue the ICMC by about 45 days or until the pleadings were settled, on the grounds that several of Defendants' responses to the Complaint were due on December 12, 2022 (per stipulation), shortly before the December 21, 2022 ICMC. (See Stipulation, Dkt. 36.)

Before the Court ruled on the Stipulation, this case was re-assigned to the Hon. Haywood S. Gilliam, Jr. (Dkt. 40) and the clerk sent a notice setting the ICMC for the re-assigned case for January 10, 2023. (Dkt. 41.)

Thereafter, Defendant M.S. filed a motion to stay proceedings pending resolution of her state court action (Dkt. 47), noticed for hearing on March 30, 2023. (Dkt. 49.)

---

[1] Defendant OakCare Medical Group, Inc. ("OakCare") has not appeared in this case and the clerk entered OakCare's default. (Dkt. 31.) Defendant Deborah Chong has not appeared in this case; her claims against OakCare previously have been resolved and Berkley will be filing a dismissal with respect to her.

Defendant M.S. filed an administrative motion to continue the ICMC (then set for January 10, 2023) to a date after her motion for stay is decided. (Dkt. 50.)

The clerk thereafter continued the ICMC to March 30, 2023. (Dkt. 51.) Thus, the ICMC and the hearing on M.S.'s pending motion for stay are currently set for March 30, 2023.

Defendant M.S.'s claims in her state court action against EBMG, AHS and OakCare have recently been resolved, subject to documentation. Given this recent development, M.S.'s motion for stay will likely be rendered moot, and subject to finalization of the resolution of her state court action, Berkley intends to dismiss M.S. from this Action.

The Parties have met and conferred, and they agree that proceeding with the March 30, 2023 hearing on the pending motion for stay, which will likely be rendered moot, would be wasteful of the Court's and the Parties' time and resources. Likewise, it would be inefficient for the Parties to plan for the scope of discovery and set the litigation schedule in this matter before there is more certainty and clarity concerning the active issues and parties to this Action. Continuing the hearing on the motion for stay and the ICMC and related deadlines by approximately 45 days will allow the M.S. resolution to be documented and concluded and will further permit the remaining parties and the Court to look to active issues and parties when planning for discovery, the schedule and other needs for this litigation.

## STIPULATION

Based on the foregoing, the Parties hereby stipulate, subject to the Court's approval, to the following:

1. Continue the hearing on M.S.'s Motion for Stay and the Initial Case Management Conference, both currently set for March 30, 2023, by approximately 45 days to May 16, 2023 or a date thereafter that is convenient for the Court.

2. Continue all related case-management deadlines, such that: the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case

management statement is 7 days before the new date for the ICMC.

    IT IS SO STIPULATED.

Dated: March 14, 2023    **DUANE MORRIS LLP**

By: /s/ Michelle N. Khoury
    Richard D. Hoffman
    Michelle N. Khoury
    Attorneys for Plaintiff
    BERKLEY INSURANCE COMPANY

Dated: March 14, 2023    **KESSENICK GAMMA LLP**

By: /s/ Jason M. Allen
    Jason M. Allen
    Attorneys for Defendants
    EAST BAY MEDICAL GROUP, INC. and
    ALAMEDA HEALTH SYSTEM

Dated: March 14, 2023    **LAW OFFICES OF JEREMY PASTERNAK**

By: /s/ Jeremy Pasternak
    Jeremy Pasternak
    Attorney for Defendant
    AMY KANE

Dated: March 14, 2023    **TOP LAW PC**

By: /s/ Denise K. Top
    Denise K. Top
    Attorney for Defendant
    M.S.

-4-

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

I, Michelle N. Khoury, hereby attest that I conferred with signatories Jason M. Allen, Jeremy Pasternak, and Denise K. Top, each of whom agreed to the filing of this document.

Dated: March 14, 2023   **DUANE MORRIS LLP**

By: /s/ Michelle N. Khoury
    Richard D. Hoffman
    Michelle N. Khoury
    Attorneys for Plaintiff
    BERKLEY INSURANCE COMPANY

# ORDER

Based on the Parties' stipulation and good cause appearing, the Court grants the Parties' joint stipulation to continue the Initial Case Management Conference and all related deadlines, and the hearing on M.S.'s motion for stay (Dkt. 47), by approximately 45 days. Accordingly:

1. The hearing on M.S.'s Motion for Stay, currently set for March 30, 2023, is continued June 8, 2023.

2. The Initial Case Management Conference, currently set for March 30, 2023, is continued June 8, 2023.

3. All related case-management deadlines are continued, such that: the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case management statement is 7 days before the new date for the ICMC.

IT IS SO ORDERED.

Dated: March 14, 2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge