Richard D. Hoffman (SBN 76799)
Michelle N. Khoury (SBN 307229)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:   rhoffman@duanemorris.com
          mkhoury@duanemorris.com

Attorneys for Plaintiff
BERKLEY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OAKCARE MEDICAL GROUP, INC., a California Corporation; Amy Kane, a California Resident; Meera Sharnoff, a California Resident; EAST BAY MEDICAL GROUP, INC. f/k/a ALAMEDA HEALTH PARTNERS, INC., a California Non-Profit Corporation; ALAMEDA HEALTH SYSTEM FOUNDATION a/k/a ALAMEDA HEALTH SYSTEM, a California Non-Profit Corporation,<br><br>　　　　　Defendants. | Case No. 4:22-cv-05181-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE (AND RELATED DEADLINES) AND HEARING ON MEERA SHARNOFF'S MOTION FOR STAY**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:　September 12, 2022 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Berkley Insurance Company ("Berkley") and Defendants Amy Kane, Meera Sharnoff, East Bay Medical Group, Inc. ("EBMG") and Alameda Health System ("AHS") (together, the "Parties")[1] hereby stipulate and jointly request the Court to continue the Initial Case Management Conference ("ICMC") and all related deadlines, as well as the hearing on Defendant Sharnoff's pending motion for stay (both currently set for August 24, 2023), by approximately 45 days. As is set forth below, good cause exists for continuing

---

[1] Defendant OakCare Medical Group, Inc. ("OakCare") has not appeared in this case and the clerk entered OakCare's default. (Dkt. 31.)

1  the ICMC and all related deadlines, as well as the hearing on the pending motion for stay, in that (i)
2  the claims of Defendant Sharnoff against EBMG, AHS and OakCare in her state court action were
3  resolved on March 9, 2023 subject to final documentation of the resolution, which is still being
4  finalized and (ii) Dr. Sharnoff will be dismissed from this Action upon dismissal of her claims
5  against EBMG, AHS and OakCare in her state court action. Many of the issues currently existing in
6  this Action will be rendered moot by the resolution, and the issues which remain will likely be
7  markedly different when the resolution of Defendant Sharnoff's claims are finalized and she is
8  dismissed from this Action. Accordingly, the Parties stipulate, subject to the Court's approval, to
9  continue the ICMC and hearing on motion for stay by an additional 45 days to allow time for
10 finalization and dismissal of Defendant Sharnoff's state court action.

## **BACKGROUND**

12  Berkley initiated this matter on September 12, 2022. The following day, the Court issued an
13 Order setting the ICMC for December 21, 2022, and related deadlines. (Dkt. 10.)
14  The Parties previously stipulated to continue the ICMC by about 45 days or until the
15 pleadings were settled, on the grounds that several of Defendants' responses to the Complaint were
16 due on December 12, 2022 (per stipulation), shortly before the December 21, 2022 ICMC. (See
17 Stipulation, Dkt. 36.)
18  Before the Court ruled on the Stipulation, this case was re-assigned to the Hon. Haywood S.
19 Gilliam, Jr. (Dkt. 40) and the clerk sent a notice setting the ICMC for the re-assigned case for
20 January 10, 2023. (Dkt. 41.)
21  Thereafter, Defendant Sharnoff filed a motion to stay proceedings pending resolution of her
22 state court action (Dkt. 47), noticed for hearing on March 30, 2023. (Dkt. 49.)
23  Defendant Sharnoff filed an administrative motion to continue the ICMC (then set for
24 January 10, 2023) to a date after her motion for stay is decided. (Dkt. 50.)
25  The clerk thereafter continued the ICMC to March 30, 2023. (Dkt. 51.)
26  Given the resolution reached in Dr. Sharnoff's state court action, the Parties stipulated to
27 continue the ICMC and hearing on Dr. Sharnoff's motion for stay by approximately 45 days, to
28 allow time for the resolution reached in Sharnoff's state court action to be documented and finalized.

(Dkt. 64).

On March 14, 2023, the Court continued the ICMC and hearing on motion for stay to June 8, 2023. (Dkt. 65.)

On May 19, 2023, the Parties filed another stipulation to continue the ICMC and hearing on Dr. Sharnoff's motion for stay. (Dkt. 68.)  Thereafter, the ICMC and hearing on motion for stay were continued to August 24, 2023.

The resolution of Defendant Sharnoff's claims in her state court action against EBMG, AHS and OakCare is being finalized, as set out in the Parties' joint status update.  (Dkt. 72).  The state court recently continued the hearing on the pending motion to enforce settlement and set a case management conference on September 26.  Once Dr. Sharnoff's state court claims are settled and dismissed, Berkley intends to dismiss Defendant Sharnoff from this Action.  Thus, her pending motion for stay will be rendered moot.

The Parties have met and conferred, and they agree that proceeding with the August 24, 2023 hearing on the pending motion for stay would be wasteful of the Court's and the Parties' time and resources.  Likewise, it would be inefficient for the Parties to plan for the scope of discovery and set the litigation schedule in this matter before there is more certainty and clarity concerning the active issues and parties to this Action. Continuing the hearing on the motion for stay and the ICMC and related deadlines by approximately 45 days will allow additional time needed to finalize the resolution of Defendant Sharnoff's state court claims and will further permit the remaining parties and the Court to look to active issues and parties when planning for discovery, the schedule and other needs for this litigation.

**STIPULATION**

Based on the foregoing, the Parties hereby stipulate, subject to the Court's approval, to the following:

1. Continue the hearing on Defendant Sharnoff's Motion for Stay and the Initial Case Management Conference, both currently set for August 24, 2023, by approximately 45 days to October 12, 2023 or a date thereafter that is convenient for the Court.

2. Continue all related case-management deadlines, such that: the last day for the parties

to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case management statement is 7 days before the new date for the ICMC.

IT IS SO STIPULATED.

Dated:  August 9, 2023          **DUANE MORRIS LLP**

By: /s/ Michelle N. Khoury
    Richard D. Hoffman
    Michelle N. Khoury
    Attorneys for Plaintiff
    BERKLEY INSURANCE COMPANY

Dated:  August 9, 2023          **KESSENICK GAMMA LLP**

By: /s/ Jason M. Allen
    Jason M. Allen
    Attorney for Defendants
    EAST BAY MEDICAL GROUP, INC. and
    ALAMEDA HEALTH SYSTEM

Dated:  August 9, 2023          **LAW OFFICES OF JEREMY PASTERNAK**

By: /s/ Jeremy Pasternak
    Jeremy Pasternak
    Attorney for Defendant
    AMY KANE

Dated:  August 9, 2023          **TOP LAW PC**

By: /s/ Denise K. Top
    Denise K. Top
    Attorney for Defendant
    MEERA SHARNOFF

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

I, Michelle N. Khoury, hereby attest that I conferred with signatories Jason M. Allen, Jeremy Pasternak, and Denise K. Top, each of whom agreed to the filing of this document.

Dated: August 9, 2023         **DUANE MORRIS LLP**

By: /s/ Michelle N. Khoury
    Richard D. Hoffman
    Michelle N. Khoury
    Attorneys for Plaintiff
    BERKLEY INSURANCE COMPANY

**ORDER**

Based on the Parties' stipulation and good cause appearing, the Court grants the Parties' joint stipulation to continue the Initial Case Management Conference and all related deadlines, and the hearing on Defendant Meera Sharnoff's motion for stay (Dkt. 47), by approximately 30 days. Accordingly:

1. The hearing on Defendant Sharnoff's Motion for Stay, currently set for August 24, 2023, is continued to October 12, 2023 at 2:00 p.m.

2. The Initial Case Management Conference, currently set for August 24, 2023, is continued to October 12, 2023 at 2:00 p.m.

3. All related case-management deadlines are continued, such that: the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case management statement is 7 days before the new date for the ICMC.

IT IS SO ORDERED.

Dated: 8/9/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge