Denise K. Top (SBN: 238961)
Email: denise@toplawpc.com
TOP LAW PC
180 Grand Avenue, Ste. 1300
Oakland, CA  94612
Tel (510) 319-9900
Fax (510) 319-9920

Attorneys for Defendant:
    Meera Sharnoff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a Delaware Corporation,<br><br>                          Plaintiff,<br><br>    vs.<br><br>OAKCARE MEDICAL GROUP, INC., a California Corporation; Amy Kane, a California Resident; Deborah Chong, a California Resident; M.S., a California Resident; EAST BAY MEDICAL GROUP, INC. f/k/a ALAMEDA HEALTH PARTNERS, INC., a California Non-Profit Corporation; ALAMEDA HEALTH SYSTEM FOUNDATION a/k/a ALAMEDA HEALTH SYSTEM, a California Non-Profit Corporation,<br><br>                          Defendants. | Case No.: 4:22-cv-05181-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE (AND RELATED DEADLINES) -as modified**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:     September 12, 2022 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendant Meera Sharnoff and Plaintiff Berkley Insurance Company ("Berkley") and Defendants Amy Kane, East Bay Medical Group, Inc. ("EBMG"), and Alameda Health System ("AHS") (together, the "Parties") hereby stipulate and jointly request the Court to continue the Initial Case Management Conference

1

("ICMC") and all related deadlines, currently set for October 12, 2023, by approximately 45 days. As is set forth below, good cause exists for continuing the ICMC and all related deadlines, in that (i) the claims of Defendant Sharnoff against EBMG, AHS and OakCare in her state court action were resolved on March 9, 2023, subject to final documentation of the resolution, which is currently being finalized, and (ii) Dr. Sharnoff will be dismissed from this Action upon dismissal of her claims against EBMG, AHS, and OakCare in her state court action. Many of the issues currently existing in this Action will be rendered moot by the resolution, and the issues which remain will likely be markedly different when the resolution of Defendant Sharnoff's claims are finalized and she is dismissed from this Action. The Parties are very close to finalizing the documentation needed; and so stipulate, subject to the Court's approval, to continue the ICMC by an additional 45 days to allow time for finalization and dismissal of Defendant Sharnoff's state court action.

## BACKGROUND

Berkley initiated this matter on September 12, 2022. The following day, the Court issued an Order setting the ICMC for December 21, 2022, and related deadlines. (Dkt. 10.) The Parties previously stipulated to continue the ICMC by about 45 days or until the pleadings were settled, on the grounds that several of Defendants' responses to the Complaint were due on December 12, 2022 (per stipulation), shortly before the December 21, 2022 ICMC. (*See* Stipulation, Dkt. 36.)

Before the Court ruled on the Stipulation, this case was re-assigned to the Hon. Haywood S. Gilliam, Jr. (Dkt. 40) and the clerk sent a notice setting the ICMC for the re-assigned case for January 10, 2023. (Dkt. 41.)

Thereafter, Defendant Sharnoff filed a motion to stay proceedings pending resolution of her state court action (Dkt. 47), noticed for hearing on March 30, 2023. (Dkt. 49.)

Defendant Sharnoff filed an administrative motion to continue the ICMC (then set for January 10, 2023) to a date after her motion for stay is decided. (Dkt. 50.)

The clerk thereafter continued the ICMC to March 30, 2023. (Dkt. 51.)

Given the resolution reached in Dr. Sharnoff's state court action, the Parties stipulated to continue the ICMC and hearing on Dr. Sharnoff's motion for stay by approximately 45 days, to allow time for the resolution reached in Sharnoff's state court action to be documented and finalized. (Dkt. 64).

On March 14, 2023, the Court continued the ICMC and hearing on motion for stay to June 8, 2023. (Dkt. 65.)

On May 19, 2023, the Parties filed another stipulation to continue the ICMC and hearing on Dr. Sharnoff's motion for stay. (Dkt. 68.) Thereafter, the ICMC and hearing on motion for stay were continued to August 24, 2023.

On August 8, 2023, the Parties filed a further stipulation to continue the ICMC and hearing on Dr. Sharnoff's motion for stay (Dkt 77); thereafter, the ICMC and hearing on the motion for stay were continued to October 12, 2023. (Dkt. 78.)

On September 11, 2023, this Court issued an Order to Show Cause ("OSC") as to why Defendant Sharnoff's Motion for Stay should not be terminated as moot and without prejudice. (Dkt 79.)

Given how close the Defendants Sharnoff and EMBG/AHS are to finalizing settlement in the state court matter, Plaintiff Berkley Insurance Co. and Defendant Sharnoff filed non-oppositions to the Court's OSC. (Respectively, Dkt. 80 and Dkt. 81); thereafter, the Court dismissed the motion for stay as moot and without prejudice. (Dkt. 82.)

The resolution of Defendant Sharnoff's claims in her state court action against EBMG, AHS and OakCare is being finalized, as set out in the Parties' joint status update. (Dkt. 72). The

state court recently granted the Parties' stipulated request to continue the trial date to November 6, 2023; the Court continued the hearing on the pending motion to enforce settlement and case management conference 30 days, to October 26. Once Dr. Sharnoff's state court claims are settled and dismissed, Berkley intends to dismiss Defendant Sharnoff from this Action.

The Parties have met and conferred, and they agree that, given how close the state court action is to final resolution, proceeding with the October 12, 2023 ICMC date would be premature, as it would be inefficient for the Parties to plan for the scope of discovery and set the litigation schedule in this matter before there is more certainty and clarity concerning the active issues and parties to this Action. Continuing the ICMC and related deadlines by approximately 45 days will allow additional time needed to finalize the resolution of Defendant Sharnoff's state court claims and will further permit the remaining parties and the Court to look to active issues and parties when planning for discovery, the schedule, and other needs for this litigation.

## **STIPULATION**

Based on the foregoing, the Parties hereby stipulate, subject to the Court's approval, to the following:

1. Continue the Initial Case Management Conference, currently set for October 12, 2023, by approximately 45 days to November 28, 2023, or a date thereafter that is convenient for the Court.

2. Continue all related case-management deadlines, such that: the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case management statement is 7 days before the new date for the ICMC.

IT IS SO STIPULATED.

Dated: September 27, 2023						DUANE MORRIS LLP

							By:	*/s/ Michelle N. Khoury*
								Richard D. Hoffman
								Michelle N. Khoury
								*Attorneys for Berkley Ins. Grp.*

Dated: September 27, 2023						TOP LAW PC

							By:	*/s/ Denise K. Top*
								Denise K. Top
								*Attorneys for Meera Sharnoff*

Dated: September 27, 2023						KESSENICK GAMMA LLP

							By:	/s/ Jason M. Allen
								Jason M. Allen
								Attorney for Defendants
								EAST BAY MEDICAL GROUP, INC. and
								ALAMEDA HEALTH SYSTEM

Dated: September 27, 2023						LAW OFFICES OF JEREMY PASTERNAK

							By:	/s/ Jeremy Pasternak
								Jeremy Pasternak
								Attorney for Defendant AMY KANE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Denise K. Top, hereby attest that I conferred with the signatory Michelle N. Khoury, Jason M. Allen, and Jeremey Pasternak, who all agreed to the filing of this document.

DATED: September 27, 2023　　　　　　　　　TOP LAW PC

　　　　　　　　　　　　　　　　By:　 /s/ Denise K. Top
　　　　　　　　　　　　　　　　　　　Denise K. Top
　　　　　　　　　　　　　　　　　　　*Attorneys for Meera Sharnoff*

**ORDER**

Based on the Parties' stipulation and good cause appearing, the Court grants the Parties' joint stipulation to continue the Initial Case Management Conference and all related deadlines, by approximately 45 days.

Accordingly:

The Initial Case Management Conference, currently set for October 12, 2023, is continued to November 28, 2023 at 2:00 p.m. to be held telephonically. The dial-in information and instructions remain the same as previously provided in docket no. 41.

All related case-management deadlines are continued, such that: the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the new date for the ICMC; the last day to file the ADR Certification is 21 days before the new date for the ICMC; and the last day to exchange initial disclosures (or state objection in Rule 26(f) report) and file the Rule 26(f) report and joint case management statement is 7 days before the new date for the ICMC.

IT IS SO ORDERED.
DATED: 9/27/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge